Case 1:23-mj-00027-RMM   Document 1-1   Fi

Case: 1:23-mj-00027
Assigned to: Judge Meriweather, Robin M.
Assign Date: 1/31/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

1. On January 15, 2023, the Metropolitan Police Department (MPD) received a call regarding a criminal assault at ▮▮▮▮▮▮▮▮▮▮. Upon arriving at the scene, law enforcement was met by Witness 1, who reported that earlier today her niece (hereinafter "Witness 3") told her mother (hereinafter "Witness 2") that she observed a video on an iPad belonging to Victor Simms ("Simms") that showed Simms placing his penis on the buttocks of a nine-year-old girl (hereinafter "Minor Victim 1"). Additionally, Witness 1 said that Witness 3 observed pictures showing Minor Victim 1, fully nude, on Simms's iPad. Witness 1 and Witness 2 are sisters. Minor Victim 1 is the child of Witness 1 and Witness 3 is the child of Witness 2.

2. Law enforcement interviewed Witness 1. According to Witness 1, Minor Victim 1 was staying with her godfather, Victor Simms. Witness 1 stated that Simms had been caring for Minor Victim 1 since she was five years old. Minor Victim 1 would occasionally spend the night at his home located at ▮▮▮▮▮▮▮▮▮▮.

3. Witness 1 reported that she received an urgent message from her sister, Witness 2, explaining that something happened with Minor Victim 1 and Simms. Following a conversation, Witness 1 called Simms and asked him to meet her at Turner Elementary School, to pick up Minor Victim 1.

4. Witness 1 stated that when she met with Simms at Turner Elementary, she and Witness 2 asked to go to his residence to use the restroom. Before entering his apartment, Witness 1 instructed Minor Victim 1 to ask Simms for his iPad. Once inside the apartment, Witness 2 asked to use the restroom, and Minor Victim 1 asked Simms for his iPad. Witness 1 stated that she and Minor Victim 1 looked at the images on Simms's iPad, and observed images depicting Minor Victim 1, laying on a bed. Minor Victim 1 is wearing a shirt, and no underwear. Her buttocks are

1

exposed in one of these images. Witness 1 said that she could not find the video of Simms placing his penis on Minor Victim 1's buttocks. Witness 1 stated she used her phone to take pictures of the images of Minor Victim 1 that was on Simms's iPad. Witness 1 stated she, Minor Victim 1, and Witness 2 left Simms's residence without saying anything to him.

5. Once outside of Simms's residence, Witness 1 asked Minor Victim 1 if Simms had ever done anything to her. Minor Victim 1 responded that Simms placed his penis inside her anus while she was inside of his residence. Witness 1 stated that she called the police.

6. Once the police arrived, Witness 1 called Simms and asked for assistance outside with her car for the purpose of getting him outside of the house. After exiting his residence, Simms then entered and started a 2019 Black Chevy Blazer and drove that vehicle to the middle of the street, ostensibly to be in closer proximity to Witness 1's vehicle for the purpose of assisting her. The 2019 Black Chevy Blazer bears a Maryland personalized license plate of "0I101I0." A check of a law enforcement database indicates that the vehicle is registered to "Victor Armando Simms."

7. Law enforcement then detained Simms as he was standing between the Chevy Blazer and Witness 1's vehicle. On January 15, 2023, Simms was formally placed under arrest and charged by complaint with one count of First Degree Child Sexual Abuse in D.C. Superior Court case 2023-CF1-289.

8. Witness 1 provided MPD with copies of the photographs she took of the images she observed on the iPad. The color images provided by Witness 1 depict a female child lying on a bed wearing a black and white shirt. In one image it does not appear that Minor Victim 1 is wearing underwear and her buttocks are exposed. Witness 1 identified the female child in the image as Minor Victim 1.

9.      Witness 1 told law enforcement that, in 2020, Simms informed her that he was on the sex offender registry. Witness 1 stated that she felt Simms had turned his life around because he had been around Minor Victim 1 for four years and Witness 1 was not aware of any incidents.

10.     On or about January 15, 2023, a detective with MPD briefly spoke with Minor Victim 1. Minor Victim 1 told the Detective that she has stayed at Simms's residence since October 2022. Minor Victim 1 said that Simms would give her pills, wait until she fell asleep, and take naked pictures of her. She did not provide additional details regarding how she knew that Simms took pictures while she was asleep. Minor Victim 1 said that last weekend when she spent the night at his residence, Simms penetrated her anus with his "private part" (referring to Simms's penis). Minor Victim 1 said that she was in Simms's bed wearing a shirt that belonged to Simms, and that she was not wearing any underwear or pants.

11.     During a forensic interview on January 16, 2023, Minor Victim 1 said that Simms gave her pills on two occasions at night. They made her feel dizzy, and she had to go lay down in his room. She said the pills Simms gave her came from a small orange container with a white top, with the letters "CVS" on the top of the container.[1] Minor Victim 1 indicated that the pills tasted "nasty." Minor Victim 1 said that the last time she stayed with Simms, her cousin (Witness 3) was also there. Simms told Witness 3 to take two of the pills but Witness 3 did not take them. Minor Victim 1 further stated that it happened the previous week, and that she had not seen Simms since then because Witness 3 told Witness 1's mother that Simms tried to kiss Witness 3 on the lips.

12.     Witness 3 was also forensically interviewed on January 16, 2023. During the interview, Witness 3 stated that she stayed with Simms one time, on the previous weekend. She

---

[1] In a subsequent search of Simms' residence, law enforcement recovered a pill bottle consistent with the description provided by Minor Victim 1. Law enforcement also recovered additional medications, including pills that appeared to be Ambien, from the residence.

3

said that she wanted to sleep in Minor Victim 1's room, but Simms made her and Minor Victim 1 sleep in his room the first night, and on the bed in his room while he slept on the floor the second night. Witness 3 stated that Simms gave her and Minor Victim 1 pills that made them sleep. He got the pills from a closet outside of his bedroom. Witness 3 stated that Simms gave her two pills, but she spit them into the trash can. After taking the pills, Minor Victim 1 went to sleep and Witness 3 went to sleep as well. Witness 3 stated that she and Minor Victim 1 had been playing on Simms's iPad all weekend, and that she observed the pictures depicting Minor Victim 1 on Simms's iPad when she was by herself on her last day at his house. She also observed screenshots of Minor Victim 1 with her family that Simms had taken from Instagram. Neither she nor Minor Victim 1 have Instagram profiles, and she does not know Simms's Instagram handle.

13. After being read his Miranda warnings, Simms indicated that he wanted an attorney and declined to speak with law enforcement. A search of law enforcement databases revealed that the defendant was born in 1969 and is a registered sex offender. The defendant was convicted of Indecent Liberties with a six-year-old child, and a Felony Child Sex Act, in North Carolina in 2005.

14. On January 17, 2023, a search warrant, 23-SW-8, authorizing a search of the residence occupied by Simms, located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, was issued by the Honorable Zia M. Faruqui, United States Magistrate Judge, United States District Court for the District of Columbia. The search warrant was executed by the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) and authorized the search and seizure of, among other things, "electronic storage media or digital devices used in the commission of, or to facilitate, the sexual exploitation of a child and possession of child pornography…."

4

15. During the January 17, 2023, search of the residence, which is located in the District of Columbia, multiple electronic devices, including several Apple devices, were recovered, including an iPad Pro, which was previewed on site by an FBI CEHTTF Task Force Officer (TFO). The back of the iPad Pro indicates that the device was "Designed by Apple in California" and "Assembled in China." In an initial on-site review of the device, law enforcement observed multiple images and videos depicting the purported sexual abuse of children, including images and a video of a female child similar in appearance to Minor Victim 1 who was being anally penetrated by the penis of an adult male.

16. The FBI CEHTTF TFO delivered the above-described iPad Pro to a Special Agent digital forensic examiner with the United States Attorney's Office for the District of Columbia Digital Forensics Laboratory to conduct a forensic examination. During that forensic examination, law enforcement recovered a short portion of the video depicting a female child whose appearance is consistent with Minor Victim 1. That specific video depicted what appears to be a young pre-pubescent African American female, lying face down on a bed while she is sleeping. In the video, an adult African American male can be seen penetrating the child's anus with his penis, while his left hand is placed on the child's buttocks. The video only depicts the hand and penis of the adult male and does not capture his face or other features.

17. That digital forensic examiner also reported that the above-referenced video's metadata indicated that the make/model of the camera that had created the video was an Apple iPhone 13 Pro Max. Law enforcement is currently in possession of a device recovered from Simms's vehicle that appears to be an Apple iPhone 13 Pro Max and has sought a warrant authorizing the search of that device. Further, based upon an initial review of the GPS coordinates located within the metadata of this video, the video was apparently filmed at the Embassy Suites

Hotel at Dulles International Airport, located in the Eastern District of Virginia on or about March 5, 2022. Records provided by the Embassy Suites Hotel, in response to a law enforcement subpoena, indicate that Simms booked Room #523 at that hotel from March 4, 2022, through March 6, 2022. The room was booked for one adult and zero children. The video described above was recovered from the iPad Pro that, as stated above, was found in Simms's residence in Washington D.C. on January 17, 2023.

## CONCLUSION

Based on the above information, there is probable cause to believe that Victor Simms committed the following offenses: (1) 18 U.S.C. §§ 2252(a)(1) and (b)(1), Transportation of Child Pornography, on or about and between March 5, 2022 and January 17, 2023; and (2) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), Possession of Child Pornography, on or about January 17, 2023.

Respectfully submitted,

Stephen Chiappetta
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 31, 2023.

_____
HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE